UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBIN DOUGLAS, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION H-18-4168 |
| RUTH ZABRANSKY, | § § | |
| *Defendant.* | § § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 12. The M&R recommends granting defendant Ruth Zabransky's oral motion to dismiss plaintiff Robin Douglas's case for want of prosecution.

Objections to the M&R were due on August 1, 2019, but Douglas has not filed any objections to date. *See* Dkt. 12. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 12). For the reasons stated in the M&R, Zabransky's oral motion to dismiss is GRANTED.

Signed at Houston, Texas on August 5, 2019.

_____
Gray H. Miller
Senior United States District Judge